AUSA: Justin L. Brooke

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **RULE 5(c)(3) AFFIDAVIT** |
| v. | 25 Mag. 2946 |
| RAHEEM RICHARDSON, | |
| Defendant. | |

SOUTHERN DISTRICT OF NEW YORK, ss.:

MICHAEL STONE, being duly sworn, deposes and says that he is a Special Agent with the United States Secret Service (USSS), and charges as follows:

On or about April 3, 2024, the Honorable Shiva V. Hodges, United States Magistrate Judge, District of South Carolina, ordered the issuance of a bench warrant for "Raheem Richardson" after "Raheem Richardson" did not appear in Court as summoned and, that same day, the United States District Court for the District of South Carolina issued, pursuant to that order, an arrest warrant for "Raheem Richardson" based on a 40-count Indictment returned by a Grand Jury on or about March 19, 2024. "Raheem Richardson" is charged in the Indictment as follows:

<u>Count One:</u>  Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349;

<u>Counts Eight and Twenty-Two:</u>  Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2; and

<u>Counts Twenty-Nine and Thirty:</u>  Aggravated Identify Theft, in violation 18 U.S.C. § 1028A.

Copies of the Summons, Bench Warrant Order, Warrant, and Indictment are attached as Exhibit A, Exhibit B, Exhibit C, and Exhibit D, respectively, and are incorporated by reference herein.

I believe that RAHEEM RICHARDSON, the defendant, who was arrested in the Southern District of New York, is the same person as "Raheem Richardson" who is wanted in the District of South Carolina.

The bases for my knowledge and the foregoing charge are, in substance and in part, as follows:

1.  I am a Special Agent with USSS. This Affidavit is based upon my training and experience, my participation in this matter, my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement personnel and others. I have been personally involved in determining whether RAHEEM RICHARDSON, the defendant, is the same individual as the "Raheem Richardson" named in the April 3, 2024 warrant issued by the

United States District Court for District of South Carolina. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where the contents of documents or records and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

2.     Based on my review of documents from the United States District Court for District of South Carolina, I know that on or about March 19, 2024, the United States District Court for District of South Carolina issued a summons for the appearance of "Raheem Richardson" (the "Summons") based on a 40-count Indictment (the "Indictment") returned by a Grand Jury on or about March 19, 2024, which charged "Raheem Richardson" in the following counts:

Count One:  Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349;

Counts Eight and Twenty-Two:  Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2; and

Counts Twenty-Nine and Thirty:  Aggravated Identify Theft, in violation 18 U.S.C. § 1028A.

On April 3, 2024, "Raheem Richardson" did not appear in court in the District of South Carolina as summoned. That same day, the Honorable Shiva V. Hodges issued an order (the "Bench Warrant Order") directing that the Clerk of Court issue a warrant for "Raheem Richardson," and, pursuant to the Bench Warrant Order, the Clerk of Court of the United States District Court for the District of South Carolina issued an arrest warrant (the "Warrant") for the arrest of "Raheem Richardson."

3.     Based on my review of law enforcement reports and records, and my conversations with other members of law enforcement, I am aware of the following:

a.     RAHEEM RICHARDSON, the defendant, was arrested by the members of the City of Poughkeepsie Police Department ("PPD") in the evening on or about September 12, 2025 after conducting a traffic stop of the vehicle RICHARDSON was driving. Prior to conducting the traffic stop, members of the PPD conducted a database check on the temporary license plate tag for the vehicle, which indicated that the vehicle was registered to "Raheem Richardson." Additional review of law enforcement databases indicated that "Raheem Richardson" was wanted on an outstanding warrant. PPD officers then conducted a traffic stop on the vehicle, and the driver of the vehicle provided a Pennsylvania driver's license identifying him as RAHEEM RICHARDSON, whose name and date of birth matched those for the outstanding warrant. Members of the PPD then placed RICHARDSON under arrest.

4.     Based on my involvement in this investigation, I know that RAHEEM RICHARDSON, the defendant, was taken into the custody of USSS on September 13, 2025, at approximately 12:30 p.m. Upon his arrival to the United States Courthouse in White Plains, New York, on September 15, 2025, members law enforcement took the fingerprints of RICHARDSON and entered them into law enforcement databases. RICHARDSON's fingerprints matched the

fingerprints contained in those databases for the "Raheem Richardson" wanted pursuant to the Warrant.

     5.     For the foregoing reasons, I believe that RAHEEM RICHARDSON, the defendant, is the same person as "Raheem Richardson" listed in the Warrant.

     WHEREFORE, I respectfully request that RAHEEM RICHARDSON, the defendant, be imprisoned or bailed, as the case may be.

_____
MICHAEL STONE
Special Agent
United States Secret Service

Sworn to before me this 15th day of September, 2025.

_____
THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York

**EXHIBIT A**

**(Summons)**

AO 83 (Rev. 08/11)  Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
### for the

_____ District of South Carolina _____

| | |
|---|---|
| United States of America<br>v.<br><br>RAHEEM RICHARDSON<br>*Defendant* | )<br>)<br>)<br>)  Case No. 0:24-215 _____<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: Matthew J. Perry, Jr. Courthouse<br>901 Richland Street<br>Columbia, SC 29201 | Courtroom No.: 8 |
|---|---|
| | Date and Time: 4/3/2024 at 10:00am |

This offense is briefly described as follows:
Title 18, United States Code, Section 2, 981(a)(1)(C), 982(a)(2)(A), 1028A, 1343, 1349;
Title 28, United States Code, Section 2461(c)

Date:  3/21/2024 _____

s/Jennifer Peterson
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

☐ Executed and returned this summons
☐ Certified Mailed _____
☐ Signed Receipt Date _____
☐ Signed by _____

☐ Returned this summons unexecuted
☐ Certified Mailed _____
☐ No Response _____
☐ Defendant Appeared  ☐ Defendant Failed to Appear

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

# EXHIBIT B

## (Bench Warrant Order)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

UNITED STATES OF AMERICA          )          CRIMINAL NO. <u>0:24-CR-00215</u>
                                  )
              v.                  )
                                  )          <u>ORDER FOR</u>
RAHEEM RICHARDSON                 )          <u>BENCH WARRANT</u>

The Clerk of Court is hereby directed to issue a warrant for the defendant,

**RAHEEM RICHARDSON**, as requested by the United States Attorney.  Amount and

conditions of bond to be set by the judicial officer before whom the defendant initially

appears.

IT IS SO ORDERED.

*Shiva V. Hodges*

April 3, 2024                                      Shiva V. Hodges
Columbia, South Carolina                          United States Magistrate Judge


I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY


By:  <u>s/Jonathan Matthews</u>
     Jonathan Matthews (#13779)
     Assistant United States Attorney
     1441 Main Street, Suite 500
     Columbia, South Carolina 29201
     Tel:  (803) 929-3000
     Fax: (803) 254-2912
     Jonathan.Matthews2@usdoj.gov

**EXHIBIT C**

**(Arrest Warrant)**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  0:24-cr-00215 |
| | ) | |
| | ) | |
| | ) | |
| RAHEEM RICHARDSON | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RAHEEM RICHARDSON

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 2,981(a)(1)(c), 982(a)(2)(A), 1028A, 1343, 1349;
Title 28, United States Code, Section 2461(c)

Date:   4/3/2024

City and state:   Columbia, South Carolina

s/Theresa Tillman, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____        _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

**EXHIBIT D**

**(Indictment)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. ___0:24-215___ |
|---|---|---|
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 982(a)(2)(A) |
| | ) | 18 U.S.C. § 1028A |
| v. | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1349 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **TIMOTHY LEE WATFORD** | ) | |
| **LAMPHREY KPAKPO JAMES, III** | ) | |
| **CLARIS SAILOMAN** | ) | |
| **RAHEEM RICHARDSON** | ) | |
| **QUANETTA CROSBY** | ) | |
| **SHA-MALCOLM CALHOUN** | ) | **SEALED INDICTMENT** |

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1.      Lowe's Home Improvement (Lowe's or Lowe's Hardware) is a corporation with its headquarters located in Mooresville, North Carolina. Lowe's operates a chain of retail stores with thousands of locations around the United States, including locations within the District of South Carolina. Lowe's specializes in providing building materials and supplies.

2.      Lowe's customers can use credit cards issued by Synchrony Bank to make purchases at Lowe's stores or, alternatively, construction companies can use a commercial charge account. These accounts allow construction companies the flexibility to receive building materials on a short-term basis without prior payment for the materials.

1

3.    In order to bill items to a commercial charge account, an authorized buyer listed on the account has to present photo identification or otherwise verify that they are an authorized user of the commercial account.

<u>SCHEME AND ARTIFACE TO DEFRAUD</u>

4.    From on or about June 7, 2023 through December 5, 2023, in the District of South Carolina, and elsewhere,   the defendants, **TIMOTHY LEE WATFORD, LAMPHREY KPAKPO JAMES, III, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOM CALHOUN,** and others known and unknown to the grand jury, intentionally devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by obtaining building materials from Lowe's Hardware using fraudulent photo identifications of Lowe's commercial charge account customers to bill or charge the corresponding commercial accounts without the permission of the commercial account holder and with the intent to permanently obtain the building materials without repaying the charges incurred on the commercial accounts.

<u>MANNER AND MEANS</u>

It was part of the scheme that:

5.    On or about June 7, 2023 through December 5, 2023, a series of purchases were made on commercial charge accounts by defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOLM CALHOUN,** and others known and unknown to the grand jury, at

2

Lowe's Home Improvement stores in Georgia, North Carolina, South Carolina, and Florida.

6.    To make purchases on the commercial charge accounts the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN** would represent themselves to be employees or authorized representatives of the construction companies with active commercial accounts at Lowe's Hardware.

7.    The defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN** would shop for various building materials and pay for the materials by charging the commercial charge account for a specific business.

8.    In order to bill the commercial charge account for a specific business, the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN** would present a photo identification that purported to be an authorized buyer on the charge account.

9.    The photo identification would bear the name and address of the authorized buyer with a photo of one of the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN**.

10.    The business names and authorized buyer's information was provided to defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY and SHA-MALCOLM CALHOUN** by

3

**LAMPHREY KPAKPO JAMES, III,** by means of wire communication in or affecting interstate commerce.

## COUNT 1
### (Conspiracy)

11.     Paragraphs 1 through 10 are incorporated herein by reference as setting forth a scheme and artifice to defraud.

12.     That on or about June 7, 2023 through December 5, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD, LAMPHREY KPAKPO JAMES, III, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOLM CALHOUN** and others known and unknown to the grand jury knowingly and intentionally combined, conspired, confederated, agreed, and had a tacit understanding to knowingly devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted or caused to be transmitted by means of wire, radio, or television communication in interstate commerce, any writings, signs, signals, picture or sounds for the purpose of executing the scheme and artifice, in violation of Title 18 United States Code, Section 1343;

All in violation of Title 18, United States Code, Section 1349.

4

## COUNTS 2-25
### (Wire Fraud)

THE GRAND JURY FURTHER CHARGES:

13.    Paragraphs 1 through 10 are incorporated herein by reference as setting forth a scheme and artifice to defraud.

14.    On or about the dates set forth below, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOLM CALHOUN,** and others known and unknown to the Grand Jury, for the purpose of executing the scheme described above, knowingly and intentionally caused to be transmitted by means of wire communication in interstate commerce the signals, signs, and sounds to obtain building materials to which they were not entitled:

| Count | Defendant(s) | Date Purchase Made | Amount Charged |
|-------|--------------|--------------------|----------------|
| 2 | TIMOTHY WATFORD | June 23, 2023 | $466.57 |
| 3 | SHA-MALCOLM CALHOUN | October 5, 2023 | $608.28 |
| 4 | SHA-MALCOLM CALHOUN | December 3, 2023 | $542.28 |
| 5 | SHA-MALCOLM CALHOUN | December 4, 2023 | $683.09 |
| 6 | SHA-MALCOLM CALHOUN | December 4, 2023 | $539.76 |
| 7 | SHA-MALCOLM CALHOUN | December 4, 2023 | $658.69 |
| 8 | RAHEEM RICHARDSON | August 2, 2023 | $951.44 |
| 9 | TIMOTHY WATFORD | August 18, 2023 | $2,699.05 |
| 10 | TIMOTHY WATFORD | August 18, 2023 | $934.63 |
| 11 | CLARIS SAILOMAN | July 7, 2023 | $1,488.16 |
| 12 | TIMOTHY WATFORD | October 9, 2023 | $2,469.75 |
| 13 | TIMOTHY WATFORD | October 9, 2023 | $2,581.98 |
| 14 | TIMOTHY WATFORD | October 9, 2023 | $2,703.08 |
| 15 | TIMOTHY WATFORD | October 11, 2020 | $731.81 |
| 16 | QUANETTA CROSBY | August 30, 2023 | $306.24 |
| 17 | QUANETTA CROSBY | September 16, 2023 | $1,021.44 |

| 18 | TIMOTHY WATFORD | August 24, 2023 | $2,917.05 |
| 19 | TIMOTHY WATFORD | August 25, 2023 | $1,044.45 |
| 20 | TIMOTHY WATFORD | August 31, 2023 | $1,154.70 |
| 21 | TIMOTHY WATFORD | August 31, 2023 | $1,175.77 |
| 22 | RAHEEM RICHARDSON | August 24, 2023 | $2,663.80 |
| 23 | SHA'MALCOLM CALHOUN | December 4, 2023 | $665.28 |
| 24 | SHA'MALCOLM CALHOUN | December 5, 2023 | $539.76 |
| 25 | SHA'MALCOLM CALHOUN | December 5, 2023 | $203.23 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 26
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about August 18, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

6

## COUNT 27
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about August 18, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 28
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about July 7, 2023, in the District of South Carolina, and elsewhere, the defendants, **CLARIS SAILOMAN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

7

## COUNT 29
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on August 2, 2023, in the District of South Carolina, and elsewhere, the defendants, **RAHEEM RICHARDSON and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 30
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on August 24, 2023, in the District of South Carolina, and elsewhere, the defendants, **RAHEEM RICHARDSON and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

8

COUNT 31
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 9, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD, and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

COUNT 32
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 9, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

COUNT 33
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 9, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

COUNT 34
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 11, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

10

## COUNT 35
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on August 30, 2023, in the District of South Carolina, and elsewhere, the defendants, **QUANETTA CROSBY and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 36
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on December 3, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOM CALHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

11

<u>COUNT 37</u>
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOM CALHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

<u>COUNT 38</u>
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOM CALHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Sections 1028A.

<u>COUNT 39</u>
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOLM CALHOUN and LAMPHREY KPAKPO JAMES, III,** did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

<u>COUNT 40</u>
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOLM CLAHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

13

## FORFEITURE

WIRE FRAUD/CONSPIRACY:

Upon conviction to violate Title 18, United States Code, Sections 1343 and 1349

as charged in this Indictment, the Defendants, **TIMOTHY LEE WATFORD, LAMPHREY**

**KPAKPO JAMES, III, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA**

**CROSBY,** and **SHA-MALCOLM CALHOUN,** shall forfeit to the United States any

property, real or personal, constituting, derived from, or traceable to proceeds the

Defendants obtained directly or indirectly as a result of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and

982(a)(2)(A), and Title 28, United States Code, Section 2461(c), the property subject to

forfeiture includes, but is not limited to, the following:

      A.    Proceeds/Forfeiture Judgment:

          A sum of money equal to all proceeds the Defendants obtained directly or indirectly as the result of the offenses charged in this Indictment, that is, a minimum of $293,000.00, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violations of 18 U.S.C. §§ 1343 and 1349.

      B.    Real Property:

          10515 Greenhead View Road
          Charlotte, North Carolina 28262-1663
          Parcel Number: 029-104-25
          Titled in the names of: Lamphrey K. James and Lakisha Larae Bryant

14

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of a Defendant up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

A _____ TRUE _____ BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _Scott Matthews_
J. Scott Matthews (Fed. ID #13779)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:  803-343-3163
Fax:  803-254-2912
Email: Jonathan.Matthews2@usdoj.gov

15